IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

World Wide Stationery
Manufacturing Co., Ltd.,

Case No. 3:11 CV 523

**VERDICT FOR BENSONS**

Plaintiff,

JUDGE JACK ZOUHARY

-vs-

Bensons International Systems, Inc.,

Defendant.

We, the jury, duly impaneled and sworn, find in favor of Bensons International Systems, Inc. and award total damages of $ _1,985,232_ .